IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Washington Sr, Rodney L

Printed: 7/15/08

Case Number: 08 B 09109
Judge: Hollis, Pamela S
Filed: 4/14/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 7, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 435.00 |  |
| Secured: |  | 200.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 13.90 |
| Other Funds: |  | 221.10 |
| Totals: | 435.00 | 435.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Systems & Services Technologies | Secured | 11,320.00 | 200.00 |
| 2. | Peoples Energy Corp | Unsecured | 160.14 | 0.00 |
| 3. | B-Real LLC | Unsecured | 196.12 | 0.00 |
| 4. | Systems & Services Technologies | Unsecured | 261.15 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 76.25 | 0.00 |
| 6. | RJM Acquisitions LLC | Unsecured | 7.33 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 141.50 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 130.57 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 31.76 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 24.35 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 97.51 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 35.40 | 0.00 |
| 13. | Aaron Sales & Lease Ow | Secured |  | No Claim Filed |
| 14. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 15. | Internal Revenue Service | Priority |  | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 17. | Cache Inc | Unsecured |  | No Claim Filed |
| 18. | First Premier | Unsecured |  | No Claim Filed |
| 19. | Drive Financial Services | Unsecured |  | No Claim Filed |
| 20. | First Premier | Unsecured |  | No Claim Filed |
| 21. | First Premier | Unsecured |  | No Claim Filed |
| 22. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 23. | First Bank Of Deleware | Unsecured |  | No Claim Filed |
| 24. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 25. | Internal Revenue Service | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Washington Sr, Rodney  L | | Case Number: 08 B 09109 |
|---|---|---|---|
| | | | Judge: Hollis, Pamela S |
| | Printed: 7/15/08 | | Filed: 4/14/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 27. | Nicor Gas | Unsecured | | No Claim Filed |
| 28. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 29. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 30. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 31. | Nicor Gas | Unsecured | | No Claim Filed |
| 32. | J V D B & Associates | Unsecured | | No Claim Filed |
| 33. | Professional Account Management | Unsecured | | No Claim Filed |
| 34. | Plaza Associates | Unsecured | | No Claim Filed |
| 35. | State Collection Service | Unsecured | | No Claim Filed |
| 36. | Sherman Acquisition | Unsecured | | No Claim Filed |

$ 12,482.08          $ 200.00

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 13.90 |

$ 13.90

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

